**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIA**

CASE NO. _____

AMINNETTE GARCIA-CORTEZ,
individually and on behalf of all, others
similarly situated,

        Plaintiff,

  v.

LOANDEPOT.COM, LLC,

        Defendant.

## DEFENDANT LOANDEPOT.COM, LLC'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant loanDepot.com, LLC, incorrectly named in the State Court action as loanDepot, Inc. (hereinafter "Defendant" or "loanDepot"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this statement of the grounds for removing this cause of action to the United States District Court for the Southern District of Florida, Miami Division, together with a copy of all process, pleadings and orders served upon Defendant to date in the state court action. Defendant's grounds for removal are as follows:

1. On May 2, 2022, Plaintiff Aminnette Garcia-Cortez (hereinafter "Plaintiff"), individually and on behalf of all, others similarly situated, sued loanDepot for violations under the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. (the "TCPA"). Compl. 1.

2. The lawsuit is pending in the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida under Case No. 2022-008001-CA-01 ("State Action").

3. On May 5, 2022, loanDepot was served with a Summons and copy of the

Complaint in connection with the State Action. A copy of the State Court complaint is attached hereto as Exhibit "A."

4. loanDepot timely files this Notice of Removal within 30 days of service in accordance with 8 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon loanDepot must be included with the notice of removal. The Summons and Complaint are attached as **Exhibit "B".** No other documents have been served on loanDepot.

6. This Court has personal jurisdiction over the parties.

7. Defendant loanDepot.com, LLC, incorrectly named in the State Court action as loanDepot, Inc. is the only named defendant in the Complaint.

8. Venue is proper in this Division in accordance with 28 U.S.C. § 1441(a).

9. The State Action is removable to this Court pursuant to 28 U.S.C. § 1441(a) as Plaintiff's cause of action is a federal question arising under the laws of the United States, specifically, the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, et seq. (the "TCPA"). Plaintiff alleges that loanDepot violated the TCPA by causing to be sent, a prerecorded voice message to Plaintiff's cellular telephone number without having her prior express written consent.

10. Plaintiff does not allege any other federal or state law claims.

11. Accordingly, this matter presents a federal question and removal is appropriate under 28 U.S.C. § 1441(a).

12. Promptly after the filing of this Notice of Removal, loanDepot shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant loanDepot.com, LLC respectfully requests that the action be removed to this Court, and that this Honorable Court exercise jurisdiction over this matter.

DATED:  May 24, 2022

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email: jason.joffe@squirepb.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record. Additionally, a copy of the foregoing document has been served on the following counsel via email transmission:

Manuel S. Hiraldo
Email: mhiraldo@hiraldolaw.com

Michael Eisenband
Email: meisenband@eisenbandlaw.com

*Counsel for Plaintiff*

                                          */s Jason Daniel Joffe*
                                          Jason Daniel Joffe