**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-21603-BB**

AMINNETTE GARCIA-CORTEZ,
individually and on behalf of all
others similarly situated,                                                 **CLASS ACTION**

      Plaintiff,                                                                **JURY TRIAL DEMANDED**

v.

LOANDEPOT, INC.,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Aminnette Garcia-Cortez pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice.   All claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: June 14, 2022

/s/ Michael Eisenband
Michael Eisenband, Esq.
Florida Bar No. 94235
515 E Las Olas Blvd, Suite 120
Fort Lauderdale, FL 33301
MEisenband@Eisenbandlaw.com

**Attorney for Plaintiff**