**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-21603-BLOOM/Otazo-Reyes**

AMINNETTE GARCIA-CORTEZ,
*individually and on behalf of all*
*others similarly situated*,

      Plaintiff,

v.

LOANDEPOT.COM, LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal Without Prejudice, ECF No. [11] ("Notice"), filed on June 14, 2022. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [11]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 14, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record